```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX028810
Cashier ID: sg
Transaction Date: 06/11/2010
Payer Name: DAVID LARSON
----------------------------------
CIVIL FILING FEE
 For: DAVID LARSON
 Amount:         $350.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

10-CV-01366


A fee of $45.00 will be assessed on
any returned check.
```